<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-6407

———————————

ANTHONY RAY JACOBS,

Plaintiff - Appellant,

versus

HAMPTON ROADS REGIONAL JAIL, Mail Room,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-99-200-2)

———————————

Submitted:  June 17, 1999          Decided:  June 23, 1999

———————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Anthony Ray Jacobs, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Ray Jacobs appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jacobs v. Hampton Roads Regional Jail</u>, No. CA-99-200-2 (E.D. Va. Mar. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>